MARK W. COLEMAN #117306
NUTTALL & COLEMAN
2333 Merced Street
Fresno, California 93721
P: (559) 233-2900
F: (559) 485-3852

Attorneys for Defendant
CHAMPA SAYADETH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPA SAYADETH,<br><br>Defendant. | Case No.: 1:18-cr-00236-DAD<br>           1:18-cr-00228-DAD<br><br>**STIPULATION TO CONTINUE SENTENCING AND ORDER**<br><br>Date:  August 30, 2021<br>Time:  9:00 a.m.<br>Judge: Dale A. Drozd |

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for August 30, 2021, at 9:00 a.m., be continued to October 18, 2021, at 9:00 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant, CHAMPA SAYADETH, due to the fact that counsel needs additional time to file informal objections to the Probation Report. Counsel for Defendant has been out of the office for the most of the past two weeks due to a family medical emergency involving his 90-year-old father. Due to counsel's absence, additional time is needed to prepare and file informal objections and a Sentencing Memorandum.

Counsel for Defendant has spoken with Assistant U. S. Attorney, Stephanie Stokman, who has no objection to this continuance.

///

| | |
|---|---|
| Dated: August 2, 2021. | Respectfully Submitted, |
| | NUTTALL & COLEMAN |
| | /s/ MARK W. COLEMAN |
| | MARK W. COLEMAN<br>Attorney for Defendant |
| Dated: August 2, 2021. | UNITED STATES ATTORNEY'S OFFICE |
| | /s/STEPHANIE STOKMAN |
| | STEPHANIE STOKMAN<br>Assistant U.S. Attorney |

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

**IT IS ORDERED** that the Sentencing currently scheduled on August 30, 2021, at 9:00 a.m. is continued to **October 18, 2021, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:   **August 2, 2021**                                     /s/ Dale A. Drozd
                                                                                UNITED STATES DISTRICT JUDGE